WARREN H. NELSON, JR.  #104744
A PROFESSIONAL CORPORATION
6161 El Cajon Boulevard, # 273
San Diego, CA 92115
Telephone:  (619) 988 8828
Email: whnapc@gmail.com

Attorney for Plaintiff
STANDARD INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STANDARD INSURANCE COMPANY, an Oregon Corporation,

Plaintiff,

vs.

VICTORIA P. GILLILAND, as Trustee of The Gilliland Revocable Trust and as an Individual; DAVID GILLILAND; JEFFREY GILLILAND; MATTHEW GILLILAND; and, LISA GILLILAND,

Defendants.

Case No.: 3:18-cv-04929-RS

**STIPULATION AND ORDER NOTIFYING COURT OF SETTLEMENT AND VACATING CURRENT CASE MANAGEMENT AND ADR DATES**

The parties to this action are Interpleader Plaintiff STANDARD INSURANCE COMPANY ("Standard") and Interpleader Defendants, VICTORIA P. GILLILAND, as an individual and as a Trustee of The Gilliland Revocable Trust, along with four individual Defendants DAVID GILLILAND, JEFFREY GILLILAND, MATTHEW GILLILAND, and LISA GILLILAND (collectively all named Defendants in this action are referred to as the "Interpleader Defendants").

STIP & ORDER NOTIFYING SETTLEMENT AND VACATING CASE MGMT & ADR DATES - 3:18-cv-04929-RS - 1

## I. STIPULATION

Standard and the Interpleader Defendants (collectively the "Parties") **STIPULATE** as follows.

1. Following extensive negotiations that have occurred across many months and are estimated to have consumed well over 100 hours of time of counsel both prior to and following the filing of this action, counsel for the Parties respectfully report this matter has settled. A final, confidential release document (the "Confidential Release") was agreed to and finalized late last week and is now being circulated to be signed by all Parties and certain individuals not named as parties. Among those signing the Confidential Release are several signers located outside the State of California. Upon execution by all signers of the Confidential Release, the Parties have agreed promptly to submit for the Court's approval and execution a "Stipulation and Order for Deposit of Funds, Payment of Deposited Funds and Discharge of Standard Insurance Company," the terms of which the Parties have presently agreed upon and which, if approved by the Court, will dispose of this entire action.

2. The Parties do not currently anticipate any impediment to completing settlement of this matter.

3. The Parties respectfully submit that, in the circumstances, the resources of the Parties and, more importantly, the Court would best be utilized by allowing the Parties, as specified and on the terms of the Order that follows, a brief period of time to consummate the settlement and to vacate all currently set Case Management and ADR dates, pending consummation of the settlement and presentation of the "Stipulation and Order for Deposit of Funds, Payment of Deposited Funds and Discharge of Standard Insurance Company."

**SIGNATURE ATTESTATION**:

I, Warren H. Nelson, Jr., counsel to Standard Insurance Company, hereby attest under penalty of perjury that I have in my possession the signatures in PDF

of Andrew R. Verriere, Esq., counsel to Victoria P. Gilliland individually and as Trustee of The Gilliland Revocable Trust, and Guy D. Calladine, Esq., counsel to David Gilliland, Jeffrey Gilliland, Matthew Gilliland, and Lisa Gilliland, each stipulating as noted above.

SO STIPULATED and ATTESTED:

Dated: October 23, 2018

/s/ Warren H Nelson Jr.
WARREN H. NELSON, JR. #104744
A PROFESSIONAL CORPORATION
6161 El Cajon Boulevard, # 273
San Diego, CA 92115
Telephone: (619) 988 8828
Email: whnapc@gmail.com

Attorney for Plaintiff
STANDARD INSURANCE COMPANY

SO STIPULATED:

Dated: October 23, 2018

/s/ Andrew R. Verriere
MARGARET M. HAND #167510
ANDREW R. VERRIERE #264674
HARTOG|BAER|HAND
A PROFESSIONAL CORPORATION
4 Orinda Way, Suite 200-D
Orinda, CA 94563
Telephone: (925) 253 1717
Email: mmhand@hbhlaw.com
Email: averriere@hbh.law

Attorneys for Defendant
VICTORIA P. GILLILAND, as Trustee of The Gilliland Revocable Trust and as an Individual

SO STIPULATED:

Dated: October 23, 2018

/s/ Guy D. Calladine
CARLSON, CALLADINE & PETERSON LLP
353 Sacramento St 16FL
San Francisco, CA 94111
Telephone: (415) 391-3911
Email: gcalladine@ccplaw.com

Attorneys for Defendants
DAVID GILLILAND, JEFFREY GILLILAND, MATTHEW GILLILAND, AND LISA GILLILAND

**II. ORDER**

The Court has considered the representations of counsel that this matter has settled and that the settlement document, to wit, the Confidential Release, is now being circulated in final form for execution. The Court **FINDS** there is **GOOD CAUSE** to vacate all Fed. R. Civ. Proc. 16 Case Management and ADR events as currently scheduled on the following terms:

1. The parties are **ORDERED** promptly to take all reasonable steps to proceed with their settlement and thereafter to file, no later than four weeks from the date this order is entered, their "Stipulation and Order for Deposit of Funds, Payment of Deposited Funds and Discharge of Standard Insurance Company."

2. The Parties, each of whom has represented through counsel that none of them anticipates any impediment to settlement of this matter, are **ORDERED** immediately to advise this Court should there be any later-identified impediment to settlement.

3. If for any reason, the "Stipulation and Order for Deposit of Funds, Payment of Deposited Funds and Discharge of Standard Insurance Company" is not submitted four weeks from the date this order is entered, the Parties are **ORDERED**, without any further notice from the Court, jointly to file a statement with the Court explaining the reasons for delay, advising the current status and proposing the specific steps the Court should take to ensure the prompt resolution of this matter.

**IT IS SO ORDERED**.

Dated: October 23, 2018

Richard Seeborg
United States District Court Judge