WARREN H. NELSON, JR. #104744
A PROFESSIONAL CORPORATION
6161 El Cajon Boulevard, # 273
San Diego, CA 92115
Telephone: (619) 988 8828
Email: whnapc@gmail.com

Attorney for Plaintiff
STANDARD INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANDARD INSURANCE COMPANY, an Oregon Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>VICTORIA P. GILLILAND, as Trustee of The Gilliland Revocable Trust and as an Individual; DAVID GILLILAND; JEFFREY GILLILAND; MATTHEW GILLILAND; and, LISA GILLILAND,<br><br>Defendants. | Case No.: 3:18-cv-04929-RS<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AND WITHOUT ATTORNEY FEES AND COSTS** |

The parties to this action are Interpleader Plaintiff STANDARD INSURANCE COMPANY ("Standard") and Interpleader Defendants, VICTORIA P. GILLILAND, as an individual and as a Trustee of The Gilliland Revocable Trust, along with four individual Defendants DAVID GILLILAND, JEFFREY GILLILAND, MATTHEW GILLILAND, and LISA GILLILAND (collectively all named Defendants in this action are referred to as the "Interpleader Defendants").

STIPULATION AND ORDER FOR DISMISSAL, ETC - 3:18-cv-04929-RS - 1

**I. STIPULATION**

Standard and the Interpleader Defendants (collectively the "Parties") have settled their differences and performed according to the requirements of their November 26, 2018 "Stipulation and Order for Deposit of Funds, Payment of Deposited Funds and Discharge of Standard Insurance Company," Pacer 20, and their Confidential Release. The Parties now **STIPULATE** as follows:

1. Victoria Gilliland has received her check in full payment of all sums due her under the "Stipulation and Order for Deposit of Funds, Payment of Deposited Funds and Discharge of Standard Insurance Company," Pacer 20. Victoria Gilliland has deposited that check and has advised Standard that the check has been honored. See Pacer 20 esp pp 6-7 ¶¶ 6-7 (Gilliland's obligation to notify Standard check has been paid and Parties' requirements thereafter to proceed with dismissal).

2. This entire action should be dismissed with prejudice, including a provision that none of the Parties shall ever make any claim against any other of the Parties for attorney fees, costs or any expense of any kind in connection with the prosecution and dismissal of this action or any event occurring prior to the date of this stipulation. In this connection, the Parties note that all their respective claims for (i) attorney fees and costs incurred in this action, or, (ii) attorney fees and costs incurred at any time prior to submission of this Stipulation in any connection with payment of any amount due or claimed to be due from Standard to any person or entity on the death of James George Gilliland, Jr., have been resolved as set forth in the "Stipulation and Order for Deposit of Funds, Payment of Deposited Funds and Discharge of Standard Insurance Company" (Pacer 20) and the Parties' Confidential Release.

**SIGNATURE ATTESTATION**:

I, Warren H. Nelson, Jr., counsel to Standard Insurance Company, hereby attest under penalty of perjury that I have in my possession the original signatures

of Andrew R. Verriere, Esq., counsel to Victoria P. Gilliland individually and as Trustee of The Gilliland Revocable Trust, and Michael C. Cooper, Esq., counsel to David Gilliland, Jeffrey Gilliland, Matthew Gilliland, and Lisa Gilliland, stipulating as noted above and approving as to form as noted below the Order submitted herewith.

SO STIPULATED and ATTESTED:

Dated: January 30, 2019

/s/ Warren H Nelson Jr.
WARREN H. NELSON, JR. #104744
A PROFESSIONAL CORPORATION
6161 El Cajon Boulevard, # 273
San Diego, CA 92115
Telephone: (619) 988 8828
Email: whnapc@gmail.com

Attorney for Plaintiff
STANDARD INSURANCE COMPANY

SO STIPULATED:

Dated: January 25, 2019

/s/ Andrew R. Verriere
MARGARET M. HAND #167510
ANDREW R. VERRIERE #264674
HARTOG|BAER|HAND
A PROFESSIONAL CORPORATION
4 Orinda Way, Suite 200-D
Orinda, CA 94563
Telephone: (925) 253 1717
Email: mmhand@hbhlaw.com
Email: averriere@hbh.law

Attorneys for Defendant
VICTORIA P. GILLILAND, as Trustee of The Gilliland Revocable Trust and as an Individual

--
--
--
--
--
--

SO STIPULATED:

Dated: January 24, 2019

/s/ Michael C. Cooper
GUY D. CALLADINE #99431
MICHAEL C. COOPER #114729
CARLSON, CALLADINE &
PETERSON LLP
353 Sacramento St 16FL
San Francisco, CA 94111
Telephone: (415) 391-3911
Email: gcalladine@ccplaw.com
Email: mcooper@ccplaw.com

Attorneys for Defendants
DAVID GILLILAND, JEFFREY
GILLILAND, MATTHEW GILLILAND,
AND LISA GILLILAND

## II. ORDER

The Court has considered the foregoing stipulation as well as the "Stipulation and Order for Deposit of Funds, Payment of Deposited Funds and Discharge of Standard Insurance Company," Pacer 20. As jointly requested by the Parties, the Court now **ORDERS** that this entire action is **DISMISSED WITH PREJUDICE**. Further, the Court **ORDERS** that none of the Parties shall at any time make against any other of the Parties any claim for attorney fees, costs and expenses in connection with the prosecution and dismissal of this action or any event occurring prior to the date of this **ORDER**. The Court notes that each of the Parties' counsel has approved this **ORDER** as to form:

APPROVED AS TO FORM:

Dated: January 30, 2019

/s/ Warren H Nelson Jr.
WARREN H. NELSON, JR. #104744
A PROFESSIONAL CORPORATION
6161 El Cajon Boulevard, # 273
San Diego, CA 92115
Telephone: (619) 988 8828
Email: whnapc@gmail.com

Attorney for Plaintiff
STANDARD INSURANCE COMPANY

APPROVED AS TO FORM:

Dated: January 25, 2019

/s/ Andrew R. Verriere
MARGARET M. HAND #167510
ANDREW R. VERRIERE #264674
HARTOG|BAER|HAND
A PROFESSIONAL CORPORATION
4 Orinda Way, Suite 200-D
Orinda, CA 94563
Telephone: (925) 253 1717
Email: mmhand@hbhlaw.com
Email: averriere@hbh.law

Attorneys for Defendant
VICTORIA P. GILLILAND, as Trustee of The Gilliland Revocable Trust and as an Individual

APPROVED AS TO FORM:

Dated: January 24, 2019

/s/ Michael C. Cooper
GUY D. CALLADINE #99431
MICHAEL C. COOPER #114729
CARLSON, CALLADINE &
PETERSON LLP
353 Sacramento St 16FL
San Francisco, CA 94111
Telephone: (415) 391-3911
Email: gcalladine@ccplaw.com
Email: mcooper@ccplaw.com

Attorneys for Defendants
DAVID GILLILAND, JEFFREY GILLILAND, MATTHEW GILLILAND, AND LISA GILLILAND

**IT IS SO ORDERED**.

Dated: January __, 2019

_____
Richard Seeborg
United States District Court Judge